UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
**FILED**
January 14, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AMY MICHELLE KUBISCH, ) <br> ) <br> Defendant. ) | Case No. 2:20-mj-00010-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, AMY MICHELLE KUBISCH, Case No. 2:20-mj-00010-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  **X**   Release on Personal Recognizance

  \_    Bail Posted in the Sum of: _____.

    \_\_\_    Co-Signed Unsecured Appearance Bond

    \_\_\_    Secured Appearance Bond

    **X**    (Other) <u>Conditions as stated on the record.</u>

    \_\_\_    (Other) _____.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  1/14/2020  at  3:36 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge